Exhibit A

| | |
|---|---|
| DISTRICT COURT OF THE 18th JUDICIAL DISTRCIT<br>ARAPAHOE COUNTY DISTRICT COURT<br>STATE OF COLORADO<br><br>Court Address: 7325 S. Potomac Street<br>Centennial, CO 80112<br>Phone: 303-645-6600 | DATE FILED: November 9, 2022 10:55 AM<br>FILING ID: 26D7CA94CD57C<br>CASE NUMBER: 2022CV32092 |
| **Plaintiff: CHRISTOFER JOHNSON**<br><br>v.<br><br>**Defendant: WALMART, INC.** | ▲ COURT USE ONLY ▲<br><br>Case Number: |
| Attorney for Plaintiff:<br>Miranda Yancey #: 53700<br>SLOCUMB LAW FIRM, LLC<br>1127 Auraria Parkway, Suite 204 B<br>Denver, CO 80204<br>Phone Number: 720-649-4040<br>Fax Number: 720-649-5455<br>Email: myancey@slocumblaw.com | |
| **CIVIL COMPLAINT AND JURY DEMAND** | |

Plaintiff, by counsel, complains against Defendant, as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff is a resident of Adams County, Colorado.

2. Defendant Walmart, Inc. is a company registered in Colorado and at all times pertinent and operated a business in Arapahoe County, at 14000 E Exposition Ave, Aurora, CO 80012.

3. This court has jurisdiction over the subject matter at issue because this is a civil action for damages and/or equitable relief. Colo. Const. Art. VI, § 9(1).

4. Venue in this court is proper pursuant to [specify basis for venue, per C.R.C.P. 98, and cite relevant subsection of C.R.C.P. 98

## GENERAL ALLEGATIONS

4. On November 24, 2020, Plaintiff was at the defendant's location at 14000 E Exposition Ave, Aurora, CO 80012.

Exhibit A

5. At said time and place, the plaintiff was an invitee of the defendant.

6. At said time and place, the defendant maintained a dangerous condition, specifically a unmarked white substance on the floor.

7. At said time and place, Plaintiff fell, due to the aforementioned dangerous condition.

8. As a result of the fall, Plaintiff suffered injuries and damages, including injuries to his back, hip, head, and other body parts, and medical bills.

9. As a direct and proximate result of Defendant's conduct, Plaintiff incurred economic losses, including medical treatment, physical therapy, prescription medication, lost income, loss of earning capacity, and other economic losses.

10. As a direct and proximate result of Defendant's conduct, Plaintiff has been permanently impaired in his ability to work as he did before this injury and cannot no longer perform and enjoy activities of daily living.

11. As a direct and proximate result of Defendant's conduct, Plaintiff has incurred non-economic losses, including pain and suffering, emotional distress, psychological diagnoses or trauma, and other noneconomic losses.

## FIRST CLAIM FOR RELIEF
(Walmart, Inc.)

12. Plaintiff incorporates the foregoing allegations.

13. At all relevant times, Plaintiff was an invitee of Defendant Walmart, Inc.

14. Defendant Walmart, Inc., through its agents or employees, actually knew about the danger of the white substance on its premises, or, as a merchant, using reasonable care, should have known about it.

15. Defendant Walmart, Inc., through its agents or employees, failed to use reasonable care to protect its invitees and customers against the danger on the premises.

16. As a result of the failures of Defendant Walmart, Inc., its agents or employees, to protect its customers against the danger on the premises, Plaintiff suffered injuries, losses, and damages as described above, in an amount to be proven at trial.

## JURY DEMAND

Plaintiff demands a jury on all claims so triable.

Exhibit A

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for entry of judgment in favor of Plaintiff and against Defendant for:

A. Damages to compensate Plaintiff for the full extent of his economic, noneconomic, and permanent impairment damages and losses set forth in this Complaint, in amounts to be proven at trial

B. Costs of suit;

C. Pre- and post-judgment interest, to the fullest extent permitted by law;

D. Reasonable attorney fees, to the fullest extent permitted by law; and

E. Such other and further relief as the Court deems just and proper.

Dated: November 9, 2022.

Respectfully submitted,

SLOCUMB LAW FIRM, LLC

*/s/ Miranda Yancey*
Miranda Yancey #53700
Attorney for the Plaintiff